**REDACTED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **REDACTED** |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- *129 UNN* |
| | ) |
| MICHAEL HENRY, | ) **REDACTED** |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 4, 2007, in the State and District of Delaware, Michael Henry, defendant

herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is,

a Smith and Wesson caliber .9mm pistol, model SW9VE (serial number PDK4140), after having

been convicted on or about June 30, 2006 of a crime punishable by imprisonment for a term

exceeding one year in the United States District Court for the District of Delaware (Case No. 05-

107-SLR), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about July 5, 2007, in the State and District of Delaware, Michael Henry, defendant

herein, did knowingly distribute a mixture and substance containing a detectible amount of

cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).



FILED

OCT - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT THREE

On or about July 5, 2007, in the State and District of Delaware, Michael Henry, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Smith and Wesson caliber .9mm pistol, model SW9VE (serial number PDK4140); (2) 14 rounds of .9mm cartridges; and (3) a .9mm cartridge case.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: October 2, 2007

2