### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 129 UNA |
| ) | |
| MICHAEL HENRY, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Michael Henry, pursuant to an Indictment returned against him by the Federal Grand Jury on October 2, 2007.

        COLM F. CONNOLLY
        United States Attorney

BY: _Christopher J. Burke_
        Christopher J. Burke
        Assistant United States Attorney

Dated: October 2, 2007



FILED

OCT -2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- |
| | ) |
| MICHAEL HENRY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this \_\_2nd\_\_ day of \_\_October\_\_, 2007, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Michael Henry.

_____
Honorable Leonard P. Stark
United States Magistrate Judge