IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-129-UNA |
| | ) | |
| MICHAEL HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
OCT -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully submits:

1. The defendant, who has been indicted on one count of a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (possession of a firearm by a felon) and two counts of a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (distribution of cocaine base and possession with the intent to distribute cocaine), is scheduled for an initial appearance before this Court on October 11, 2007, at 1:00 p.m.

2. The defendant is currently being held pending trial on related State charges at the Sussex Correctional Institute in Georgetown, Delaware, and, therefore, must be writted out before this Court can conduct the initial appearance.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Sussex Correctional Institute and to the United States Marshal for the District of Delaware to deliver Michael Henry to the office

of the United States Marshal on October 11, 2007, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

                                            Respectfully submitted,

                                            COLM CONNOLLY
                                            United States Attorney


                                    BY:  /s/ Christopher J. Burke
                                            Christopher J. Burke
                                            Assistant United States Attorney

Dated: October 5, 2007


                IT IS SO ORDERED this 9th day of October, 2007.

                                            /s/ Leonard P. Stark
                                            Honorable Leonard P. Stark
                                            United States Magistrate Judge