UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| )     CASE NO. 07-129-UNA | |
| vs.     ) | |
| ) | |
| **MICHAEL HENRY**,     ) | |
| ) | |
| Defendant.     ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **11th** day of **OCTOBER, 2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Honorable Leonard P. Stark**
　　　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**

cc: Federal Public Defender
　　First Federal Plaza, Suite# 110
　　704 King Street
　　Wilmington, DE  19801
　　(302) 573-6010

　　Defendant
　　United States Attorney



FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE