AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

MICHAEL HENRY,

**WARRANT FOR ARREST**

Case Number: 07-129 UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **MICHAEL HENRY**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

COUNT I - FELON IN POSSESSION OF A FIREARM

COUNT II - DISTRIBUTION OF A SUBSTANCE CONTAINING A COCAINE BASE

COUNT III - POSSESSION WITH INTENT TO DISTRIBUTE A SUBSTANCE CONTAINING A COCAINE BASE

in violation of Title    18, 21, & 21    United States Code, Section(s)    922(g)(1) and 924(a)(2), 841(a)(1) and (b)(1)(c)

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

[Signature] Deputy clerk
Signature of Issuing Officer

at WILMINGTON, DE
Date and Location

**FILED**
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-3-07 | William David Dusm | William [signature] |
| DATE OF ARREST | | |
| 10-11-07 | | |