IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-129-SLR ) |
| MICHAEL HENRY, | ) ) |
| Defendant. | ) ) |

## O R D E R

At Wilmington this 14th day of November, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Tuesday, December 4, 2007** at **5:00 p.m.**, with the court initiating said call.

                                                       _____
                                                       United States District Judge