IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-129-SLR |
| MICHAEL HENRY, | ) ) ) | Crim. No. 05-107-SLR |
| Defendant. | ) | |

**ORDER**

At Wilmington this 29th day of March, 2008, due to the court's illness;

IT IS ORDERED that the sentencing scheduled for **March 24, 2008** is **rescheduled** to commence on **Wednesday, April 2, 2008 at 4:00 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge