IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-129-SLR |
| MICHAEL HENRY, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO DISMISS

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, and hereby moves to dismiss with prejudice, pursuant to the terms of the Memorandum of Plea Agreement, Counts Two and Three of the Indictment in the above-captioned case.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                          BY: _Christopher J. Burke_
                                                  Christopher J. Burke
                                                  Assistant United States Attorneys

Dated: April 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>    v.                                                      )   Criminal Action No. 07-129-SLR<br>                                                              )<br>MICHAEL HENRY,                         )<br>                                                              )<br>            Defendant.                         ) | |

## ORDER

**AND NOW** this _____ day of _____, 2008, upon consideration of the government's Motion to Dismiss Counts Two and Three of the Indictment filed in the above-captioned case,

**IT IS ORDERED** that the government's motion is granted. Counts Two and Three of the Indictment are hereby dismissed with prejudice.

_____
Honorable Sue L. Robinson
United States District Judge