# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,
     Plaintiff,

     v.

MICHAEL HENRY,
     Defendant.

§
§
§
§
§
§
§
§

CRIMINAL ACTION NO. 07-129-~~JJF~~ *SLR*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND WARDEN OF SUSSEX CORRECTIONAL INSTITUTION, WILMINGTON, DE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said MICHAEL HENRY, who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said MICHAEL HENRY was charged with a violation of Title 18 U.S. CODE, SECTION 922(g) and 924(a); TITLE 21; U.S. CODE, SECTION 841(a)(1) and (b)(1)(C); FOR INITIAL APPEARANCE ON OCTOBER 11TH AT 1:00 P.M., and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the SUSSEX CORRECTIONAL INSTITUTION on OCTOBER 11, 2007.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable LEONARD P. STARK, Magistrate Judge of the District Court of the United States for the District of Delaware, this 9TH day of OCTOBER, 20072.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

CERTIFIED: 10/9/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
    Deputy Clerk

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR -4  AM 8: 56

U.S. MARSHALS RETURN

I have partially/fully executed this Writ by taking
Custody of the within named
Michael Henry
And transported him/her to
Fed Court

On 4/2/08

DAVID W. Thomas
United States Marshal, D/Delaware
By:
Deputy Marshal

CERTIFIED:
AS A TRUE COPY;
ATTEST:
PETER T. DALLEO, CLERK
BY
Deputy Clerk