## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-129-SLR |
| | ) |
| MICHAEL HENRY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW** this _____ 3d _____ day of _____ April _____, 2008, upon consideration of the government's Motion to Dismiss Counts Two and Three of the Indictment filed in the above-captioned case,

**IT IS ORDERED** that the government's motion is granted. Counts Two and Three of the Indictment are hereby dismissed with prejudice.

Honorable Sue L. Robinson
United States District Judge